IRA R. SMITH, Respondent, *v.* ALEX LEVISON, Doing Business under the Name of SULLIVAN COUNTY PRODUCE COMPANY, Appellant.

(Argued October 10, 1929; decided October 25, 1929.)

*Harold V. Angevine, James I. Cuff* and *Grattan B. Shults* for appellant.

*Nellie Childs Smith* and *John D. Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.